**Order entered December 16, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01494-CV

**TRACIE PETERS INDIVIDUALLY AND
AS NEXT FRIEND (PARENT) FOR N.P., Appellant**

**V.**

**COLLIN COUNTY HUMANE SOCIETY, Appellee**

**On Appeal from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-1830-2013**

## ORDER

We **GRANT** appellants' December 1, 2014 motion for an extension of time to file a notice of appeal. The notice of appeal filed on November 24, 2014 is deemed timely for jurisdictional purposes.


/s/      ELIZABETH LANG-MIERS
              JUSTICE